# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# NORTHWESTERN DIVISION

| | |
|---|---|
| Roxanne Loken, for the Heirs at Law of Brian Loken (deceased), ) ) ) | |
| ) | **ORDER** |
| Plaintiff, ) ) | |
| vs. ) ) | |
| Lower Yellowstone Rural Electric Association, Inc. and Pacific Tank & Pipeline, Inc., ) ) ) | |
| ) | Case No. 4:05-cv-041 |
| Defendants. ) | |

On December 23, 2005, the parties filed a Stipulation for Dismissal. The court **ADOPTS** the parties stipulation and **ORDERS** that the above entitled action be **DISMISSED**, with prejudice, on the merits and without costs or disbursements to any party.

Dated this 28th day of December, 2005.

/s/ Charles S. Miller, Jr.
Charles S. Miller, Jr.
United States Magistrate Judge

1